UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 Case Nos.:  3:19cr97/MCR/MAL
                                                                          3:23cv7264/MCR/MAL

GUY A. FOLTA,

    Defendant.
_____/

## **O R D E R**

The magistrate judge issued a Report and Recommendation dated July 14, 2025. ECF No. 89. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a <u>de novo</u> review of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 89, is adopted and incorporated by reference in this order.

2.    Defendant's *pro se* amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 80, is

**DENIED;** and

    3.    A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 1st day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:17cr39/MCR/MAL; 3:20cv5424/MCR/MAL